ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| CARLOS RAFAEL MARÍN SILVA, CHRISTOPHER COLÓN<br><br>Recurrida<br><br>v.<br><br>MARÍA MILAGROS FERNÁNDEZ VARGAS, CARLOS EDUARDO MARÍN FERNÁNDEZ, ZAIDA DOLORES MARÍN FERNANDEZ<br><br>Peticionaria | KLCE202400113 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2023CV04461<br><br>Sobre: División o Liquidación de la Comunidad de Bienes Hereditarios |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y la Jueza Martínez Cordero.

*Martínez Cordero, jueza ponente*

## RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de febrero de 2024.

Comparece la señora María Milagros Fernández Vargas, el señor Carlos Eduardo Marín Fernández y la señora Zaida Dolores Marín Fernández (en adelante, parte peticionaria), mediante un recurso de *Certiorari*, para solicitarnos la revisión de la *Resolución* emitida y notificada el 2 de enero de 2024, por el Tribunal de Primera Instancia, Sala Superior de San Juan (en adelante, TPI). Mediante la *Resolución* recurrida, el foro primario declaró No Ha Lugar una *Moción de Desestimación Parcial* presentada por la parte peticionaria y ordenó que se contestara la *Demanda*.

Luego de haberse presentado la *Demanda*[1] en el caso de autos, la parte peticionaria presentó una *Moción de Desestimación Parcial*.[2] Alegó que la parte recurrida no tenía ninguna causa de acción, y que, de haberla tenido, estaba prescrita. En respuesta, el

---

[1] Apéndice de la parte peticionaria, a las págs. 21-23.
[2] *Id*, a las págs. 24-38. Véase, además, el Sistema Unificado de Manejo y Administración de Casos (SUMAC) a las Entradas 11 y 12.

Número Identificador

RES2024_____

23 de octubre de 2023, la parte recurrida presentó una *Réplica en Oposición a Solicitud de Desestimación.*[3] Arguyeron, en síntesis, que correspondía al foro primario dirimir la prueba sobre lo alegado, por tanto, no procedía la desestimación. En respuesta, el 2 de enero de 2024, el TPI emitió y notificó una *Resolución* en la cual declaró No Ha Lugar la *Moción de Desestimación Parcial* y ordenó contestar la *Demanda.*

En desacuerdo, el 26 de enero de 2024, la parte peticionaria presentó un recurso de *Certiorari.* La parte recurrida no compareció a pesar de haberle concedido término para así hacerlo.

Luego de haber evaluado el expediente en su totalidad, incluyendo, además, la *Resolución* objeto de revisión, así como el derecho aplicable, no hemos encontrado que el foro primario haya actuado con prejuicio o parcialidad, que haya habido un craso abuso de discreción ni tampoco, que la determinación sea manifiestamente errónea. Es por lo anterior, que no procede nuestra intervención en esta etapa de los procedimientos. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las Reglas de Procedimiento Civil[4], y la Regla 40 del Reglamento de este Tribunal[5], acordamos denegar la expedición del auto de *Certiorari.*

Por los fundamentos que anteceden, se *deniega* la expedición del auto de *Certiorari* y se devuelve el caso al foro primario para la continuación de los procedimientos.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Apéndice de la parte peticionaria, a las págs. 42-47.
[4] 32 LPRA Ap. V, R. 52.1.
[5] 4 LPRA Ap. XXII-B, R. 40.